UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5009495 |
| MICHAEL MANNING | : | <u>ORDER FOR DISMISSAL</u> |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5009495 against defendant Michael Manning, which was filed on April 21, 2015 charging him with disorderly possessing a knife over 3 ½ inches, for the reason that prosecution of defendant Michael Manning, is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice, and is pending the successful completion by defendant Michael Manning of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____<br>
PAUL J. FISHMAN<br>
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 9/24/15